UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    RACHAEL JOHNSON

Debtor(s)

Case No. 10-49045

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/01/2010.

2) The plan was confirmed on 04/08/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/19/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2011, 07/11/2013, 03/14/2014.

5) The case was dismissed on 05/30/2014.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,750.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $26,506.32 |
| Less amount refunded to debtor | $933.38 |

**NET RECEIPTS:** $25,572.94

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,775.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,065.41 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,840.41

Attorney fees paid and disclosed by debtor:     $725.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA | Unsecured | 30.75 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 628.22 | NA | NA | 0.00 | 0.00 |
| ALLSTATE | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| ASPEN GOLD | Unsecured | 857.73 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 4.50 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES OF UROLOGY | Unsecured | 135.60 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 1,383.10 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 47.20 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 19,033.00 | NA | NA | 0.00 | 0.00 |
| BLUMBER DENTAL CARE | Unsecured | 1,092.80 | NA | NA | 0.00 | 0.00 |
| BOUWARE | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| BROADRIVER ELECTRIC | Unsecured | 770.87 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 4,448.58 | 4,448.58 | 1,615.55 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 3,000.00 | 3,000.00 | 3,000.00 | 2,756.68 | 304.07 |
| CAPITAL ONE NA | Unsecured | 457.85 | 469.66 | 469.66 | 170.56 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Unsecured | 7,885.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 344.46 | 350.46 | 350.46 | 127.27 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 740.44 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 826.51 | NA | NA | 0.00 | 0.00 |
| CUSTOMER RELATIONS SPEEDY | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 8,268.47 | 8,268.47 | 3,002.79 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ELMHURST ANESTHESIOLOGISTS | Unsecured | 57.60 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 94.99 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 1,782.31 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 409.17 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Unsecured | 4.50 | NA | NA | 0.00 | 0.00 |
| FOXX POOLS | Unsecured | 2,025.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN PAIN MANAGEMEN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HEALTH LAB | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| HENDERSONS PLUMBING | Unsecured | 1,160.40 | NA | NA | 0.00 | 0.00 |
| HOSPITAL MEDICINE CONSULTANTS | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,726.68 | NA | NA | 0.00 | 0.00 |
| INTEGRITY ADVANCE | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 13,852.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,602.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,080.89 | 1,080.89 | 1,080.89 | 392.54 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,024.47 | 1,024.47 | 1,024.47 | 372.05 | 0.00 |
| JOHN M BAARCK DMD | Unsecured | 47.20 | NA | NA | 0.00 | 0.00 |
| KELLY PEST CONTROL | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| LAKE ANESTHESIA ASSOCIATES | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | 291.52 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT CORP | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT CORP | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTION | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 451.39 | NA | NA | 0.00 | 0.00 |
| OWENS LAWN & GARDEN | Unsecured | 3,043.18 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| PM & R CONSULTANTS PA | Unsecured | 9.60 | NA | NA | 0.00 | 0.00 |
| PROVIDENT FUNDING ASSOCIATES | Unsecured | 1,722.54 | NA | NA | 0.00 | 0.00 |
| PULMONARY CRITICAL CARE AND S | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| REGIONS MORTGAGE | Unsecured | 77,477.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROMAN J DYKUN | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 12,317.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 9,193.89 | 9,193.89 | 921.23 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 233.07 | 233.07 | 84.64 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 9,725.00 | 9,725.00 | 9,725.00 | 7,835.59 | 1,184.77 |
| SANTANDER CONSUMER USA | Secured | 5,000.00 | 2,603.89 | 2,603.89 | 2,603.89 | 360.90 |
| SANTUCK HEBRON WATER CO | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| SCA COLLECTIONS/SPARTANBURG | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SGQ LTD | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 2,322.00 | NA | NA | 0.00 | 0.00 |
| SPARTANBURG FINANCIAL SERVICE | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| SPARTANBURG REGIONAL EMERGE | Unsecured | 42.64 | NA | NA | 0.00 | 0.00 |
| SPORTS ILLUSTRATED | Unsecured | 72.24 | NA | NA | 0.00 | 0.00 |
| UCDS | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| UNION DENTAL GROUP LLC | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNITED ANESTHESIA ASSOC | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| UROLOGY LTD | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| USCB INC | Unsecured | 489.64 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 1,880.00 | NA | NA | 0.00 | 0.00 |
| WALLACE THOMPSON HOSPITAL | Unsecured | 481.31 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 2,322.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,328.89 | $13,196.16 | $1,849.74 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,328.89** | **$13,196.16** | **$1,849.74** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,069.49** | **$6,686.63** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,840.41 |
| Disbursements to Creditors | $21,732.53 |
| **TOTAL DISBURSEMENTS**: | **$25,572.94** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/05/2014              By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**